UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE RAIDER,<br><br>        Plaintiff,<br>v.<br>GEMINI EXCHANGE, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 23-cv-02028-W-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 16]** |

  Pending before the Court is Plaintiff Joanne Raider and Defendants Gemini Trust Company LLC ("erroneously sued" as "Gemini Exchange, LLC") and Experian Information Solutions, Inc.'s (collectively, the "Parties") joint motion to dismiss with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).  ([Doc. 16], "Joint Motion".)  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**.  The Parties shall each bear their own costs and attorneys' fees.

  **IT IS SO ORDERED.**

Dated:  February 28, 2024

                  _____
                  Hon. Thomas J. Whelan
                  United States District Judge